Nos. 25-1313, 25-1939

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**PACITO, et al.**,

        Plaintiffs-Appellees,

v.

**DONALD J. TRUMP, et al.**,

        Defendants-Appellants.

On Appeal from the United States District Court
for the Western District of Washington
District Court Case No. 2:25-cv-255

**DEFENDANT-APPELLANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE INSTANTER DEFENDANTS-APPELLANTS'
MOTION FOR CLARIFICATION**

YAAKOV M. ROTH
   *Acting Assistant Attorney General*
DREW C. ENSIGN
   *Deputy Assistant Attorney General*
ERNESTO H. MOLINA, JR.
   *Deputy Director*
JOSEPH MCCARTER
ALEXANDRA YEATTS
LINDSAY ZIMLIKI
   *Trial Attorneys*
   U.S. Department of Justice
   Civil Division
   Office of Immigration Litigation
   Washington, DC 20005

Defendants-Appellants hereby request the Court grant them leave to file their Motion for Clarification instanter. On April 9, 2025, Defendants-Appellants filed their Motion for Clarification of this Court's March 25, 2025 Order. Dkt. Entry Nos. 28.1 ("Order") and 35.1 ("Motion"). While the Court's Order was issued in Case No. 25-1313 on March 25, 2025, the Court consolidated Case No. 25-1313 with Case No. 25-1939 on March 28, 2025. Thus, Defendants-Appellants out of an abundance of caution seek leave to file the Motion instanter. Undersigned counsel was unable to file the Motion until April 9, 2025, due to a network outage within the Department of Justice ("DOJ") Office of Immigration Litigation ("OIL"). Counsel worked diligently on the Motion when the network was available, had every intention of filing the Motion on April 8, 2025, and notified Plaintiffs-Respondents of Defendants-Appellants' intent to file on April 8, 2025. However, the DOJ OIL computer network was not working, and thus the Motion was inaccessible to counsel until the morning of April 9, 2025. Accordingly, despite counsel's continual efforts to log onto the network, the Motion could not be filed by April 8, 2025.

On April 9, 2025, undersigned counsel contacted via email counsel for Plaintiffs-Respondents regarding their position on this motion for leave and they do not oppose this motion.

Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ERNESTO H. MOLINA, JR.
*Deputy Director*

*/s/ Lindsay W. Zimliki*
LINDSAY W. ZIMLIKI
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Washington, DC 20005
Phone: 202-353-5950
Email: Alexandra.yeatts@usdoj.gov
JOSEPH MCCARTER
ALEXANDRA YEATTS
*Trial Attorneys*
*Counsel for Defendants-Appellants*

3

## CERTIFICATE OF COMPLIANCE

     Pursuant to Federal Rule of Appellate Procedure 27, I certify that foregoing motion complies with the type-volume limitation because it contains 214 words. This motion also complies with the typeface and type style requirements because it is proportionately spaced and has a 14-point Times New Roman typeface.

Dated: April 9, 2025

*/s/ Lindsay W. Zimliki*
LINDSAY W. ZIMLIKI
Attorney for Defendants-Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, counsel for Defendants-Appellants electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system and that service will be accomplished via the CM/ECF system.

Dated: April 9, 2025

*/s/ Lindsay W. Zimliki*
LINDSAY W. ZIMLIKI
Attorney for Defendants-Appellants