# Exhibit 1

Declaration of Spencer Chretien
Senior Bureau Official
Bureau of Population, Refugees, and Migration
Department of State

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PACITO, *et al.*,

    *Plaintiffs - Appellees,*

    – against –

DONALD J. TRUMP, *et al.*,

    *Defendants - Appellants.*

Nos. 25-1313, 25-1939

No. 2:25-cv-00255-JNW

Western District of Washington, Seattle

## DECLARATION OF SPENCER CHRETIEN
### SENIOR BUREAU OFFICIAL
### BUREAU OF POPULATION, REFUGEES, AND MIGRATION
### DEPARTMENT OF STATE

I, Spencer Chretien, for my declaration, hereby state as follows:

1.    I am the Senior Bureau Official[1] of the Bureau of Population, Refugees, and Migration (PRM) within the United States Department of State (Department of State or State Department). I have held this position since April 30, 2025. Prior to becoming the PRM Senior Bureau Official, I was a Senior Advisor in PRM from February 10 to April 30, 2025. Previously, I served as Special Assistant to the President and Associate Director of Presidential Personnel from 2020-2021.

2.    In my current position, I oversee PRM's operations, namely the promotion of U.S. interests by working to reduce illegal migration, to provide humanitarian assistance to those fleeing persecution, crisis, or violence, and to seek durable solutions for forcibly displaced people around the world.

---

[1] The title "Senior Bureau Official" is used to refer to the senior-level official who oversees a bureau but does not necessarily hold the title of Assistant Secretary of State.

1

3. I submit this declaration in support of the U.S. government's Motion for clarification or reconsideration. Specifically, I address herein (i) how travel arrangements are made for individuals in the United States Refugee Admissions Program (USRAP), (ii) the cancellation of refugee travel under the USRAP prior to and immediately following January 20, 2025, (iii) the number of refugees for whom travel had been arranged prior to January 20, 2025, and for whom PRM can confirm that arrangement through the USRAP database, and (iv) typical refugee reliance on arranged travel plans.

4. The statements made herein are based on my personal knowledge and information made available to me in the course of carrying out my duties and responsibilities as the PRM Senior Bureau Official.

### Travel Arrangements under the USRAP

5. Once an individual who has been referred to the USRAP completes all processing steps – including an interview with United States Citizenship and Immigration Services (USICIS), a medical examination, clearing security checks, and domestic placement – the International Organization for Migration (IOM) schedules the individual's travel with an interest-free loan. The purpose of having IOM schedule travel, through an interest-free loan, is to defray U.S. resettlement costs and strengthen the refugees' determination to make a success of their resettlement and help establish their credit rating in the United States. And having IOM schedule refugees' travel ensures that the U.S. government complies with its statutory obligation to distribute refugees' placement across states and localities consistent with the U.S. government's most recent consultation with those state and local governments.

6. Once IOM purchases the refugees' airline tickets, IOM informs the refugees of their scheduled travel.

## Cancellation of Travel for Refugees in the USRAP

7. As explained by the previous PRM Senior Bureau Official in this litigation, prior to the issuance of Executive Order 14163, *Realigning the United States Refugee Admissions Program*, senior officials in PRM were informed on or about January 18, 2025, that President Trump intended to suspend refugee admissions under the USRAP through executive order. In anticipation of that executive order, PRM officials canceled refugee travel scheduled for after 12:00 p.m. on January 20, 2025, to avoid situations where some refugees may be in transit when the order was issued, as what occurred in 2017.

8. On January 18, 2025, PRM instructed IOM to cancel all refugee travel scheduled on January 20 after 12:00 p.m. and to cancel a number of other refugee cases scheduled to travel that week, and instructed IOM to notify refugees of the cancellations. On January 20, 2025, PRM directed IOM to cancel travel for the one refugee case still scheduled to depart on January 21 and to inform the refugees of the cancellation. On January 21, 2025 PRM instructed IOM to cancel all remaining scheduled refugee travel and instructed IOM to notify refugees of the cancellation as soon as possible. Because, prior to and on January 20, 2025, many refugees' travel had been cancelled, and as of January 21, 2025, all refugees' travel had been cancelled, it cannot be said that individuals in the USRAP were "in transit" – that is, in the process of being transported – on or after January 20, 2025.

3

### Refugees with Arranged Travel on or Before January 20, 2025

9. According to data in the USRAP database, START, as of January 20, 2025, there were 12,357 refugees who had travel plans to the United States that were arranged by IOM and that PRM can confirm in START. This number may change slightly as PRM completes final data reconciliation with IOM, which books the travel. Additionally, some of the 12,357 refugees have arrived – and continue to arrive – since January 20, 2025. The table below lists the weeks following January 20, 2025, in which the individuals were scheduled to arrive in the United States:

| Arrival Week | Sum of Case Size |
|---|---|
| January 20, 2025-January 26, 2025 | 121 |
| January 27, 2025-February 2, 2025 | 39 |
| February 3, 2025-February 9, 2025 | 5,009 |
| February 10, 2025-February 16, 2025 | 4,000 |
| February 17, 2025-February 23, 2025 | 1,859 |
| February 24, 2025-March 2, 2025 | 798 |
| March 3, 2025-March 9, 2025 | 289 |
| March 10, 2025-March 16, 2025 | 137 |
| March 17, 2025-March 23, 2025 | 35 |
| March 24, 2025-March 30, 2025 | 21 |
| March 31, 2025-April 6, 2025 | 13 |
| April 7, 2025-April 13, 2025 | 16 |
| April 21, 2025-April 27, 2025 | 7 |
| May 19, 2025-May 25, 2025 | 4 |
| May 26, 2025-June 1, 2025 | 9 |
| Total | 12,357 |

10. The 11,666 individuals scheduled to arrive in February 2025 would have been the sixth highest monthly total in the past 25 years of the USRAP, behind only September 2015, August and September 2016, and September and December 2024.[2] In fact, the 5,009 arrivals

---

[2] This data is publicly available at https://www.wrapsnet.org/admissions-and-arrivals/.

4

scheduled for February 3-9, 2025, would have exceeded the average monthly arrivals under the USRAP in the past 25 years (~4,000).

11. The large number of arrivals at the end of a fiscal year – September 2015 (12,583 arrivals), August 2016 (13,255 arrivals), September 2016 (12,641 arrivals), and September 2024 (15,743) – were due to pushes to reach the refugee ceiling or a certain number. For example, the high number of arrivals in September 2015 and August-September 2016 resulted in nearly reaching the refugee ceiling during those fiscal years. And the high arrivals in September 2024 were due to the previous administration striving to resettle more than 100,000 refugees during Fiscal Year 2025; they succeeded and resettled 100,034 refugees. Lastly, the large amount of arrivals in December 2024 (12,517) immediately preceded a change in administration when the outgoing administration expected a suspension of the USRAP after President Trump's inauguration and sought to resettle as many refugees as possible before then. These months are outliers in the past 25 years of the USRAP.

### Refugees' Actions in Reliance on Arranged Travel

12. I understand that one Plaintiff in this litigation, Plaintiff Pacito, claims that he took actions in reliance on his travel arrangements to the United States, such as selling his family's belongings. However, not all refugees take such immediate actions once they receive notice of a travel booking to the United States. Indeed, refugees' travel is not infrequently canceled and rescheduled. Generally, in PRM's experience, the greater the time until a refugee is scheduled for travel, the less likely it is that they have taken concrete actions in reliance on that travel date.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of May 2025, Washington, D.C.

*[signature]*

Spencer Chretien

6